704 A.2d 1297

STATE OF NEW JERSEY v. DANIEL BIAS.

January 15, 1998.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the trial court to set terms and conditions on bail pending appeal.

704 A.2d 1297

SHALOM ALMOG AND IRIT ALMOG v. ISRAEL TRAVEL ADVISORY SERVICE, INC., ETC., ET AL. AND BEN AMI GELLER AND ISRAEL RODRIGUE, ET AL.

January 21, 1998.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.